# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

JODIE WILLIAMS, etc.,

       Plaintiff,

v.                              CASE NO.  5:15cv151-RH/GRJ

FANTASY FUN WEAR OF PANAMA CITY
BEACH, INC., etc., et al.,

       Defendants.

_____/

## ORDER FOR DISMISSAL

The plaintiff filed this action claiming amounts allegedly due under the Fair Labor Standards Act.  The defendants contested the claim.  The parties now have entered a settlement agreement and have moved for court approval, as required in an FLSA case.  *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982).  I have reviewed the settlement terms as presented at the hearing on March 17, 2016.  I find that the settlement is a fair and reasonable compromise of a bona fide dispute, that the settlement was entered at arm's length with the advice of attorneys well versed in the governing law, and that the agreed attorney's fees also

are reasonable—indeed, substantially below the fee that would be due based on a reasonable hourly rate for the time necessarily devoted to the matter.  Accordingly,

IT IS ORDERED:

1.  The joint motion to approve the settlement, ECF No. 21, is GRANTED.

2.  The parties must comply with their settlement agreement.

3.  All claims other than for enforcement of the settlement agreement are voluntarily dismissed with prejudice under Federal Rule of Civil Procedure 41.

4.  Jurisdiction is retained to enforce the order to comply with the settlement agreement.

5.  The clerk must enter judgment stating, "The parties are ordered to comply with their settlement agreement.  The court reserves jurisdiction to enforce the order to comply with the settlement agreement.  All claims in this case are voluntarily dismissed with prejudice under Federal Rule of Civil Procedure 41."

6.  The clerk must close the file.

7.  A party who objects to the terms of this order or the judgment to be entered based on this order must file a timely motion to alter or amend under Federal Rule of Civil Procedure 59(e).

SO ORDERED on March 17, 2016.

s/Robert L. Hinkle_____
United States District Judge